UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL ESTRADA,<br><br>                            Petitioner,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                            Respondent. | Case No.: 14cr455-JAH<br><br>**ORDER DENYING PETITIONER'S REQUEST TO MODIFY SENTENCE (Doc. No. 38)** |

On February 2, 2015, Petitioner Ismael Estrada ("Petitioner") submitted a letter requesting this Court, the sentencing court, to reconsider the sentence imposed. Doc. No. 38. Specifically, Petitioner requests "a 'motion for review and relief' to reconsider [his] sentence[.]" Doc. No. 38 at 3. Finding the Court may construe the letter as a motion to modify the sentence pursuant to 28 U.S.C. § 2255, and determining the construction should not be invoked to disadvantage Petitioner, the Court provided Petitioner an opportunity to choose from multiple options, and notification of the consequences of choosing those options. Doc. No. 39. The Court further notified Petitioner that this Court would deem his failure to respond as an abandonment of the request and would dismiss it accordingly. *Id.* Then, on November 28, 2016, the Court once again provided Petitioner an opportunity to choose from multiple options, notified Petitioner of the consequences of choosing those options, warned Petitioner that a failure to respond would result in a dismissal of this action.

Doc. No. 40. To date, Petitioner has not responded to the Court's Order. As such, the Court has no other option but to treat Petitioner's motion as abandoned. Therefore, IT IS HEREBY ORDERED Petitioner's letter requesting the court modify his sentence is **DENIED.**

**IT IS SO ORDERED.**

DATED: January 30, 2020

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE